# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

vs

**TODD ALAN BENFIELD**

Case Number. 2:12-CR-60-FtM-99SPC

USM Number: To Be Assigned

Donald Paul Day, Retained
2670 Airport Rd S
Naples, FL 34112-4810

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Information. Accordingly, the Court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 1538(a)(1)(B); 1540(b)(1) | PROHIBITED ACTS - ENDANGERED SPECIES | October 8, 2009 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

July 26, 2012

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

July 27, 2012

**TODD ALAN BENFIELD**
**2:12-CR-60-FtM-99SPC**

# PROBATION

The defendant is hereby placed on probation for a term of 3 years.

While on probation, the defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirement of the Violent Crime Control Act is waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least TEN (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

**TODD ALAN BENFIELD**
**2:12-CR-60-FtM-99SPC**

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

- The defendant shall participate in the Home Detention program for a period of 60 days. During this time, the defendant will remain at the defendant's place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on the defendant's ability to pay.

- The defendant shall participate in Intermittent Incarceration for a period of 30 days consisting of 15 consecutive weekends from Friday at 6 pm until Sunday at 6 pm to run consecutive to the 60 day period of Home Detention. During this time, the defendant shall present himself to the facility as determined by the Federal Bureau of Prisons in accordance with their protocol. The Court has no objection to the defendant's request to serve his period of incarceration in the Collier County Jail.

- The defendant shall perform TWO HUNDRED hours of community service at the Florida Panther National Wildlife Refuge or the Rookery Bay National Estuarine Research Reserve.

- The mandatory drug testing requirement of the Violent Crime Control Act is waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

- The defendant shall issue a written public apology to be published in the Naples Daily News to run once a week for a period of two weeks.

- The defendant shall complete a Hunter's Education class.

- The defendant is banned from hunting in Florida or any other state during the duration of his Probation.

- The defendant shall forfeit to the United States immediately and voluntarily any and all assets previously identified in the Plea Agreement, including: a Mathews Solocam Switchback XT Bow with sights, shock compensator and accessories; Mechanical Bow Release; Arrow used to kill Florida Panther with 3 bladed Muzzy Broadhead; Bow Case; Ladder Tree Stand; and Arrow with Broadhead (Muzzy 3 blade).

- The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- The defendant shall cooperate with the probation officer in the collection of DNA as directed by the probation officer.

**TODD ALAN BENFIELD**
**2:12-CR-60-FtM-99SPC**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $25.00 | $10,000.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Special Assessment in the amount of **$25.00** is due in full and immediately.

**The defendant is hereby ordered to pay a $5000.00 fine to the Clerk of Court to be distributed to the United States Fish and Wildlife Service "Lacy Act Reward Account"; a $5000.00 community service payment payable to the Clerk of Court to be distributed to the National Fish and Wildlife Foundation to fund projects aimed at the protection, scientific study, restoration, and/or benefit of the Florida Panther or its habitat in or near Collier County, Florida during the term of probation to commence immediately adhering to a payment schedule comprised of the balance of the fine divided by 36 months, the number of months of probation, throughout the term of probation until this obligation is satisfied.**

### Restitution Paid Jointly

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 4/09) Judgment in a Criminal Case