**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                            CASE NO. 2:12-cr-60-FtM-99SPC

TODD ALAN BENFIELD

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for the following property:

a. Mathews Solocam Switchback XT Bow with sights, shock compensator and accessories;

b. Mechanical Bow Release;

c. Arrow with 3-blade Muzzy broadhead, used to kill a Florida panther;

d. Bow case;

e. Ladder Tree Stand; and

f. Arrow with a 3-blade Muzzy broadhead.

The Court, being fully advised in the premises, hereby finds as follows:

1. On August 20, 2012, the Court granted the government's motion and entered the Preliminary Order of Forfeiture. Doc. 15.[1] The defendant was sentenced, and the Judgment included the forfeiture. Docs. 12, 13.

2. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of

---

[1] This Order was Amended on November 2, 2012 to reflect that the Court was granting the Preliminary Order of Forfeiture.

the property, on the official government website, www.forfeiture.gov, from August 22, 2012 through September 20, 2012.  Doc. 16.  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within sixty (60) days of the first date of publication.  Doc. 86.

3. No persons or entities, other than the Benfield, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the property. No other third party has filed a petition or claimed an interest in the property. The time for filing a petition has expired. http://www.forfeiture.govhttp://www.forfeiture.gov, http://www.forfeiture.govhttp://www.forfeiture.gov,

4. The Court finds that the property is the property of defendant Benfield.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that all right, title and interest in the property is **CONDEMNED and FORFEITED** to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law. Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this __2nd__ day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies to:  Attorneys of Record