UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                               CASE NO: 2:12-cr-60-FtM-UASPC

TODD ALAN BENFIELD

**ORDER**

This matter comes before the Court on the Motion to Modify Judgment (Doc. #21) filed on January 28, 2013. The Defendant moves the Court to modify Judgment to permit the completion of the mandated 200 community services hours to be performed at the Big Cypress National Preserve instead of the Florida Panther National Wildlife Refuge or Rookery Bay National Estuarine Research Reserve. As grounds, Counsel indicates that both Florida Panther National Wildlife Refuge or Rookery Bay National Estuarine Research Reserve do have time available on the weekends to complete the hours. The Government does not oppose the relief requested. The Court, having considered the motion, finds good cause and will grant the modification of Judgment.

Accordingly, it is now **ORDERED:**

The Motion to Modify Judgment (Doc. #21) is **GRANTED**. The Defendant is permitted to perform his mandated 200 community service hours at the Big Cypress National Preserve.

**DONE AND ORDERED** at Fort Myers, Florida, this 4th day of February, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record, Probation